**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FERNANDO SANCHEZ JR.,** ) | |
| ) | |
| Petitioner, ) | No.  CV 08-6107-RGK(AJW) |
| ) | |
| vs. ) | |
| ) | |
| **THE GOVERNMENT,** ) | JUDGMENT |
| **CALIFORNIA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: October 30, 2008

_____
R. Gary Klausner
United States District Judge